1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

JS-6

5  Attorneys for Plaintiff
   Alma Rosa Casillas
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                           **WESTERN DIVISION**
9

10

11 ALMA ROSA CASILLAS,            ) Case No.: EDCV 11-1137 SP
                                  )
12                                ) ORDER OF DISMISSAL
             Plaintiff,           )
13                                )
       vs.                        )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
15                                )
                                  )
16           Defendant.           )
                                  )
17 _____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21 DATE: February 7, 2012                    /s/
                                   _____
22                                 THE HONORABLE SHERI PYM
                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-

1  DATE: February 1, 2012          Respectfully submitted,

2                                   LAW OFFICES OF LAWRENCE D. ROHLFING
                                         /s/ *Steven G. Rosales*
3                              BY:_____
                                    Steven G. Rosales
4                                   Attorney for plaintiff Alma Rosa Casillas

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26